**Larry WEST, Plaintiff–Appellant,**

v.

**THETFORD PROPERTY MANAGEMENT, Defendant–Appellee.**

No. 03–1282.

United States Court of Appeals, Fourth Circuit.

Submitted May 15, 2003.

Decided May 20, 2003.

Larry West, Appellant Pro Se. Laura J. Wetsch, Joyce L. Davis & Associates, Raleigh, North Carolina, for Appellee.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Larry West appeals the district court's order dismissing his civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See West v. Thetford Prop. Mgmt.,* No. CA–01–139–7–BR (E.D.N.C. Feb. 14, 2003). We deny West's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*